

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES CARD,<br>     Plaintiff | CIVIL ACTION 1:10-CV-01195<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| JOE KEFFER, et al.,<br>     Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 14) is GRANTED in favor of defendants Keffer, Molina and Alexandre, and that Card's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at, Louisiana, on this 20th day of October, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE