UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES CARD,<br>      Plaintiff<br><br>VERSUS<br><br>JOE KEFFER, et al.,<br>      Defendants | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-01195<br><br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 14) is GRANTED in favor of defendants Keffer, Molina and Alexandre, and that Card's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 29th day of November, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE