RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 11/30/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES CARD,<br>        Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-01195 |
| VERSUS | |
| JOE KEFFER, et al.,<br>        Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 14) is GRANTED in favor of defendants Keffer, Molina and Alexandre, and that Card's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this 29' day of _November_, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE