RECEIVED
JAN 1 6 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES CARD,<br>    Plaintiff | CIVIL ACTION 10-1195<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| JOE KEFFER, et al.,<br>    Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Card's Rule 60(b) motion is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 16TH day of JANUARY, 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE